**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Bryain C. WILSON, Defendant–**
**Appellant.**

No. 03–20708.
Conference Calendar

United States Court of Appeals,
Fifth Circuit.

April 21, 2004.

James Lee Turner, Katherine L. Haden, Julia Bowen Stern, Assistant US Attorneys, Houston, TX, for Plaintiff–Appellee.

Roland E. Dahlin, II, Federal Public Defender, Brent Evan Newton, Assistant Federal Public Defender, Houston, TX, for Defendant–Appellant.

Before JOLLY, JONES, and SMITH, Circuit Judges.

PER CURIAM.*

Bryain C. Wilson was found guilty following a bench trial of being a felon in possession of a firearm in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2). He argues that the district court's original order suppressing evidence of the firearms was correct and should be reinstated. Wilson concedes that his argument is foreclosed under the law of the case doctrine by this court's decision in *United States v. Wilson,* 306 F.3d 231, 237 (5th Cir.2002) (holding that the evidence was admissible and va-cating district court's order suppressing the evidence). He raises the claim solely to preserve the issue for possible further review.

The Government has moved for a summary affirmance in lieu of filing an appellee's brief. In its motion, the Government asks that an appellee's brief not be required. The unopposed motion is GRANTED. The judgment of the district court is AFFIRMED.

AFFIRMED; MOTION GRANTED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.